IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES THOMPSON**                                                                   **PETITIONER**
**ADC #800152-A**

v.                    CASE NO. 5:14CV00068 BSM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

The recommended disposition filed by Magistrate Judge Joe J. Volpe has been reviewed. After careful consideration of the objections, as well as a *de novo* review of the record, the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects. Charles Thompson's petition for writ of habeas corpus [Doc. No. 2] is denied and dismissed with prejudice.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 6th day of October 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE