# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**CHARLES THOMPSON,**                                                             **PETITIONER**
ADC #800152-A

v.                              CASE NO. 5:14CV00068 BSM

**RAY HOBBS, Director,**
Arkansas Department of Correction                                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 6th day of October 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE